

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00467-CR

Abel **OYERVIDES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4803
Honorable Ray Olivarri, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on September 16, 2015.

_____
Marilyn Reynard Brainard

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle, Clerk